In the Matter of the Will of WILLIAM D. PARSONS, Deceased.

CITY BANK FARMERS TRUST COMPANY, as Trustee, Appellant; CHRISTINE H. PARSONS et al., as Executors, et al., Respondents.

(Argued November 18, 1931; decided December 4, 1931.)

*Edwin W. Cooney* and *Elmer J. Hoare* for appellant.
*Joseph Steven Frank* and *Freeman T. Hulse* for petitioners, respondents.
*Nathan O. Petty* for infant respondents.

Order affirmed, with costs payable out of the estate to each party filing a brief in this court; no opinion.

Concur: CRANE, LEHMAN, KELLOGG and HUBBS, JJ. Dissenting: CARDOZO, Ch. J., POUND and O'BRIEN, JJ., who vote to modify the order by charging the debts and expenses upon the residuary estate.